Case 1:22-cr-00086-DCN   Document 124   Filed 03/13/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Idaho

United States of America )
v. )
BOE DANIELLE MOORE )
) Case No: 1:22-cr-00086-DCN
) USM No: 20635-510
Date of Original Judgment: 02/08/2023 )
Date of Previous Amended Judgment: _____ ) Mark Ackley
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __110__ months **is reduced to** __98__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/08/2023__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 13, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Chief U.S. District Court Judge
*Printed name and title*